Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
### Central District of California
### Eastern Division

NO CV30
N/S

FILED
CLERK, U.S. DISTRICT COURT
12/07/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

Jesse Ocegueda

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

NUVISION FEDERAL CREDIT UNION

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 5:21-cv-02049-JWH(SHKx)
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☒ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jesse Ocegueda |
| Street Address | 19502 US Highway 18 |
| City and County | Apple Valley, San Bernardino County |
| State and Zip Code | CA 92307 |
| Telephone Number | 909-346-7719 |
| E-mail Address | jocegueda22@yahoo.com |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | NUVISION FEDERAL CREDIT UNION |
| Job or Title *(if known)* | |
| Street Address | 7812 Edinger Ave Suite 100 |
| City and County | Huntington Beach, Orange County |
| State and Zip Code | CA 92647 |
| Telephone Number | 714-375-8000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Truth in Lending Act (TILA), and Fair Debt Collections Practices Act (FDCPA)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. Or is a citizen of
*(foreign nation)* _____.

    b.    If the defendant is a corporation
The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I entered into a consumer credit transaction with NUVISION on June 16th 2021 for personal and household purposes. I believe that NUVISION sent me deceptive forms in order to create the false belief in me, the consumer that I owed an alleged debt. I sent the company a cease and desist form along with a debt validation letter by certified mail with a green return reciept advising the company to cease all collection efforts and they received this letter on 10/19/2021 and instead of providing the requested documents and ceasing collection activity NUVISION proceeded to give out my private location information to a company to have my vehicle "reposessed" on 10/25/2021.Then on 10/26/2021 I was given false and inaccurate information regarding my credit transaction.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$81,000 in actual damages

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   11/18/2021

Signature of Plaintiff
Printed Name of Plaintiff   Jesse Ocegueda

### B.   For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

State and Zip Code
Telephone Number
E-mail Address

# Affidavit Of Truth

Notice to all, I am that I am, the consumer in fact, natural person, original creditor, lender, executor, administrator, holder in due course of any and all derivatives thereof for the surname/given name OCEGUEDA JESSE, and have been appointed and accept being the executor both public and private for all matter proceeding, and I hereby claim that I will d/b/a Jesse Ocegueda and autograph as the agent, attorney in fact, so be it;

1. It is a fact that I, the consumer entered into a consumer credit transaction with NUVISION FEDERAL CREDIT UNION for personal, household and family purposes on June 16th 2021

2. It is a Fact that I am the consumer because I am a natural person pursuant to 15 USC 1692a(3)

3. It is a Fact that Credit is defined as a RIGHT under 15 USC 1602(f)

4. It is a fact that NUVISION FEDERAL CREDIT UNION attempted to deny me an extension of my own credit until I called them and made them aware that it was considered unlawful discrimination pursuant to 15 USC 1691(a)(3) because I, in good faith exercised my right to extended them my credit.

5. It is a fact that the Finance Charge is defined as the sum of all charges in connection with any consumer credit transaction and cannot be paid by a comparable cash transaction pursuant to 15 USC 1605(a).

6. It is a Fact that all obligations are the responsibility of the United States pursuant to 18 USC 8

7. It is a Fact that the term "Debt" is defined as any obligation or alleged obligation pursuant to 15 USC 1692a(5)

8. It is a Fact that with the federal law in place of 18 USC 8 and 15 USC 1692a(5) I have no obligations / debt to NUVISION FEDERAL CREDIT UNION.

9. It is a Fact that I demand NUVISION FEDERAL CREDIT UNION provide me, the consumer with the name and address of the original creditor pursuant to 15 USC 1692g(5)

10. It is a Fact that I sent NUVISION FEDERAL CREDIT UNION a cease and desist letter along with a debt validation through certified mail with a green return receipt which they received and signed for on October 19th 2021. See Exhibit A

11. It is a Fact that NUVISION FEDERAL CREDIT UNION is in violation of my cease and desist by not abiding by the remedy I invoked as the creditor pursuant to 15 usc 1692c(c)(2)

Page 1 of 5

## Affidavit Of Truth

12. It is a Fact that NUVISION FEDERAL CREDIT UNION was suppose to cease all collection activity upon receipt of my debt validation letter pursuant to 15 usc 1692g(b) because they were put on notice that the debt was disputed.

13. It is a Fact that NUVISION FEDERAL CREDIT UNION shared my private location information without my direct consent with Nations Recovery Services Inc on 10/25/2021 which was initiated by an agent of NUVISION FEDERAL CREDIT UNION by the name of Lorena Forsberg. See Exhibit B(1), & Exhibit B(4)

14. It is a Fact that a Consumer Report is defined as any written, oral, or any other communication on a consumer's credit worthiness, credit capacity, character, and general reputation pursuant to 15 USC 1681a(d)(1)

15. It is a Fact that NUVISION FEDERAL CREDIT UNION created an abusive consumer report to Nations Recovery Services Inc where they used obscene and profane language in order to harm my reputation and property. See Exhibit B(3)

16. It is a Fact that NUVISION FEDERAL CREDIT UNION knowingly and purposely violated my cease and desist. See Exhibit B(2)

17. It is a Fact that NUVISION FEDERAL CREDIT UNION is willfully and knowingly giving false information in connection with this consumer credit transaction by referring to me, the consumer as a "borrower" when I am in fact, the original creditor. This is a direct violation under 15 USC 1611(1) and they shall be fined not more than $5,000 or imprisoned not more than one year, or both. See Exhibit B(5)

18. It is a Fact that NUVISION FEDERAL CREDIT UNION used an unfair practice in debt collection by repossessing my vehicle when they had no present right to possession of my vehicle and this is a direct violation of 15 USC 1692f(6)(A)

19. It is a Fact that 18 USC 1341 states that whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both and I do so believe that NUVISION FEDERAL CREDIT UNION is in violation of 18 USC 1341.

20. It is a Fact and I do so believe that NUVISION FEDERAL CREDIT UNION used extortionate means in the collection of the extension of credit for attempting to collect this extension of credit and by repossessing my vehicle in an attempt to punish me for nonrepayment thereof pursuant to 18 USC 894. See Exhibit B

21. It is a Fact and I do so believe that NUVISION FEDERAL CREDIT UNION has shown what is stated under 18 USC 1961(5) as a "pattern of racketeering" which requires at least two

## Affidavit Of Truth

acts of racketeering activity, which both 18 USC 1341 and 18 USC 894 are both found under racketeering activity.

22. It is a Fact that on 10/26/2021 I received a phone call from an agent of NUVISION FEDERAL CREDIT UNION by the name of Cheryl Rice. The phone conversation was recorded and placed on a USB Flash Drive that will now be referred to as Exhibit C.

23. It is a Fact that on the phone call I was willingly and knowingly given false and inaccurate information regarding the consumer credit transaction, by being told I was given a "loan". See Exhibit C

24. It is a Fact that on the phone call I was told that NUVISION FEDERAL CREDIT UNION said the act of repossessing my vehicle was "valid", even though I informed them it was in fact illegal. See Exhibit C

25. It is a Fact that on the phone call, agent Cheryl Rice attempted to use extortionate means in order for me to receive my property back by stating I would have to first make a payment on the "loan". See Exhibit C

26. It is a Fact that on the phone call agent Cheryl Rice said that she has proof that NUVISION FEDERAL CREDIT UNION provided me a "loan", so I demand that NUVISION FEDERAL CREDIT UNION provide me with accounting on the deal. See Exhibit C

27. It is a Fact that on the phone call I made agent Cheryl Rice aware that the phone call was being recorded and gave her the opportunity to redact any statement she had made to me, however she declined to do so. See Exhibit C

28. It is a Fact that on the phone call agent Cheryl Rice continued to knowingly and willfully give me false and inaccurate information even after I made her aware of the fact that there was criminally liability involved with that action pursuant to 15 USC 1611. See Exhibit C

29. It is a Fact that NUVISION FEDERAL CREDIT UNION has yet again violated my cease and desist by sending me a letter attempting to coerce payment from me by threatening to refer my account to a collector. See Exhibit D(3)

30. It is a Fact that 15 USC 1692f(8) states that it is considered an unfair practice for a debt collector to use any language or symbol other than the debt collectors address when communicating with a consumer. NUVISION FEDERAL CREDIT UNION did in fact use their logo on the communication with me, the consumer. See Exhibit D(1) & Exhibit D(7)

31. It is a Fact that 15 USC 1692b(5) states that a debt collector may not use any language or symbol on any envelope or in the contents of any communication that indicates the debt collector is in the debt collection business and NUVISION FEDERAL CREDIT UNION

## Affidavit Of Truth

did in fact use their logo on the communication with me, the consumer. See Exhibit D(1) & Exhibit D(7)

32. It is a Fact that 15 USC 1692b(2) states that any debt collector may not state that a consumer owes any debt. NUVISION FEDERAL CREDIT UNION did in fact claim that I, the consumer owed a debt several times in their communication with me. See Exhibit C, Exhibit D(2), Exhibit D(8), and Exhibit D(9)

33. It is a Fact that 15 USC 1692e(2)(A) states that the misrepresentation of the character, amount, or legal status of any debt is considered false and misleading and a violation of this section. NUVISION FEDERAL CREDIT UNION did in fact violate this section by stating the alleged amount due as $2,041.08 which is the positive. See Exhibit D(4), Exhibit D(5), and Exhibit D(6).

34. It is a Fact that 15 USC 1692b(4) states any debt collector may not communicate by postcard, and NUVISION FEDERAL CREDIT UNION did in fact communicate with me, the consumer by postcard. See Exhibit D

35. It is a Fact that 15 USC 44 states that "documentary evidence" includes all documents, papers, correspondence, books of account, and financial, and corporate records.

36. It is a Fact that I, as the consumer demand the documentary evidence from NUVISION FEDERAL CREDIT UNION for this account.

37. It is a Fact that 15 USC 1692k(a)(1) under civil liability states that any debt collector who fails to comply with any provision of this subchapter is liable in an amount equal to the sum of any actual damage sustained by such person as a result of such failure.

38. It is a Fact that NUVISION FEDERAL CREDIT UNION is liable to me in the amount of $70,000 (SEVENTY THOUSAND DOLLARS) which is the value of my property that was wrongfully taken from my place of abode pursuant to 15 USC 1692k(a)(1). See Exhibit B(6)

39. It is a Fact that 15 USC 1692k(a)(2)(A) under civil liability states that any debt collector who fails to comply with any provision of this subchapter is liable in an amount equal to the sum of $1,000 (ONE THOUSAND DOLLARS) in the case of any action by an individual.

40. It is a Fact that NUVISION FEDERAL CREDIT UNION is liable to me in an additional amount of $11,000 (ELEVEN THOUSAND DOLLARS) for eleven individual violations under 15 USC 1692.

41. It is a Fact that I am aware that an unrebutted affidavit stands as truth in commerce.

## Affidavit Of Truth

I Swear to all information provided herein, I do so under the penalty of perjury that the information I so affirm to be true, correct, and accurate to the best of my knowledge so be it;

I Do NOT accept this offer to contract

I Do NOT consent to these proceedings

Printed Name: Jesse Ocegueda      Signature: _____

Signed on the 18th day of November, Year 2021

# California Jurat Certificate

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**State of California**

County of San Bernardino } s.s.

Subscribed and sworn to (or affirmed) before me on this 18 day of November, 20 21, by Jesse Ocegueda _____ and _____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Signature of Notary Public

JULIA RAYGOZA
COMM. # 2275335
NOTARY PUBLIC • CALIFORNIA
SAN BERNARDINO COUNTY
Comm. Exp. JAN 17, 2023

— OPTIONAL INFORMATION —

**Description of Attached Document**

Document Tittle: Affidavit Of Truth
Containing 5 Pages
Dated 11/18/2021

Exhibit A

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Nuvision Federal Credit Union
PO Box 1220
Huntington Beach CA
92647

9590 9402 6819 1074 1871 78

2. Article Number (Transfer from service label)

7021 0350 0000 8405 1039

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name): Lilian E.
C. Date of Delivery: 10/19/21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
  Mail
  Mail Restricted Delivery
  (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

# Order To Repossess

Date Assigned: 10/25/2021  Acct #: 717079820500  Case#: 2098187707  Reference#: 157666

**Client:** NuVision
PO Box 1220
Huntington Beach, CA 92647
Phone: 800-444-6327 Fax: 714-843-0691
By: Lorena Forsberg / EXT:
Lien Holder: NuVision

**To:** Nations Recovery Services Inc
1864 Penn Mar Ave
South El Monte, CA 91733
Phone: 626-542-3115 Fax: 626-542-3540
State License No. RA1022
Adjusters:

**Debtor:** JESSE OCEGUEDA
SSN: redacted  DOB: redacted
Borrower / Home
19502 Us Highway 18
Apple Valley CA 92307 (San Bernardino)

**Cosigner**
SSN: redacted  DOB: redacted

## Additional Information:

We have Cease and Desist, Please don't contact the member at all. We have every reason to believe this member will hide the unit if he suspects any collection activity at all.

We need to be very careful as this account is a Seventy Thousand dollar first payment default with a member who believes he has found a glitch in the law and has demanded that we surrender the title to him.

Body Style: Rubicon 4x4
Four Wheel Drive
Engine: 2 Gasoline Fuel 4 Cylinder Engine

Year: 2018  Make: JEEP  Model: WRANGLER UNLIMITED
Lic#: 8XXC193  St: CA  VIN: 1C4HJXFN6JW236114
Dealer:  Key Codes:  Color:

Monthly Payments  Balance on Account
Date Rec'd  Time  AM / PM  PD:  Amount Past Due  Delinquent Since

**Recovered From:**
Adjuster:  I.D.#:
Miles on Vehicle:  Comm $:
Major Damage: ( )  Personals: ( )  Tags:  Repo Fee $:
Driveable: ( )  Locked: [Y] [N]  Keys: ( )  Other Charges $:
Bill to Customer $:

Exhibit B





7812 Edinger Avenue
Huntington Beach, CA 92647
800.444.6327 | nuvisionfederal.com

**Past Due Notice**

October 30, 2021

Account: XXXXXXXX5133

JESSE OCEGUEDA
19502 US HIGHWAY 18
APPLE VALLEY  CA  92307

We recently sent you a friendly reminder that your payment had not been received and was therefore past due. As of this date, we have not yet received your payment, which now includes a late charge and could negatively impact your credit history. If your payment has been sent, we thank you and ask that you disregard this letter. If however, the payment has not yet been made please send it today.

It is very important that your payment be sent immediately so that not further action is necessary. If your payment of other arrangements are not made with us within five (5) days, we will have no other alternative than to refer your account to a Collector.

| Account No. | Payment Amount | Total Amount Due |
|---|---|---|
| XXXXXXXX5133 | $2,041.08 | $2,041.08 |

If your payment has been sent, we thank you and ask that you please disregard this letter.

Sincerely,
Member Solutions 800.444.6327

**IMPORTANT NOTICE:** We may report information about your account to credit reporting agencies. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Please Detach & Return With Payment

NUVISION CREDIT UNION

7812 Edinger Avenue
Huntington Beach, CA 92647
800.444.6327 | nuvisionfederal.com

**Past Due Notice**
**Payment Coupon**

Account Number: XXXXXXXX5133

Total Due: $2,041.08

Amount Enclosed: _____

JESSE OCEGUEDA
19502 US HIGHWAY 18
APPLE VALLEY  CA  92307

# LETTER OF INTENT TO SUE

From: Jesse Ocegueda  
19502 US Highway 18  
Apple Valley CA 92307  
Phone: (909)346-7719  
Email: jocegueda22@yahoo.com

To: NUVISION FEDERAL CREDIT UNION  
7812 Edinger Ave Suite 100  
Huntington Beach, CA 92647

Effective Date: 11/18/2021

**RE: Notice of Intent to File Lawsuit**

Dear NUVISION FEDERAL CREDIT UNION,

This letter of intent to sue shall serve as a formal notice that I, Jesse Ocegueda intend to commence a lawsuit against you due to the following: FDCPA and TILA violations

**I. The Plaintiff**. Jesse Ocegueda (the "Plaintiff").

**II. The Defendant**. NUVISION FEDERAL CREDIT UNION (the "Defendant").

**III. Settlement Demand**. As a result of your actions, the Plaintiff seeks relief in the form of:

☐ - Payment in the amount of Eighty Thousand Dollars ($81,000)
**OR**
☐ - Return of my vehicle along with the title Lien Free and payment in the amount of Eleven Thousand Dollars ($11,000)

If NUVISION FEDERAL CREDIT UNION and Jesse Ocegueda are able to settle this matter outside of court I, Jesse Ocegueda am willing to sign a Non-Disclosure Agreement, however if we cannot come to a settlement outside of court I will not sign an NDA and I will enforce reasonable attorney fees as well as the cost of filing suit.

This offer to cure and/or settle this matter outside of court and avoid a lawsuit is valid for 10 days from the Effective Date.

**IV. Governing Law**. This Letter of Intent shall be governed under the laws of the State of California

Sincerely,

_____
Consumer/ Natural Person/ Original Creditor

## Debt Validation Letter

Date 10/09/2021

Jesse Ocegueda (Consumer/Original Creditor)

19502 US Highway 18,
Apple Valley CA 92307

NUVISION FEDERAL CREDIT UNION (Debt Collector/Creditor)

PO Box 1220
Huntington Beach CA 92647


Be advised this is not a refusal to pay, but a notice sent pursuant to the Fair Debt Collection Practices Act, 15 USC 1692g stating your claim is disputed and validation is requested.

This is NOT a request for "verification" or proof of my mailing address, but a request for VALIDATION made pursuant to the above-named Title and Section. I respectfully request your offices provide me with competent evidence that I have any legal obligation to pay you.

At this time, I will also inform you that if your offices have reported invalidated information to any of the 3 major credit bureaus (Equifax, Experian or Transunion) this action may constitute fraud under both Federal and State Laws, Due to this fact, if any negative mark is found on any of my credit reports by your company or the company that you represent, I will not hesitate in bringing legal action against you and your client for the following: Violation of the Fair Credit Reporting Ave, Violation of the Fair Debt Collection Practices Act, and Defamation of Character.

If your offices are able to provide the proper documentation as requested in the following Declaration, I will require at least 30 days to investigate this information, during which time all collection activity must cease and desist. Also, during this validation period, if any action is taken which could be considered detrimental to any of my credit reports, I will consult with my legal counsel for suit. This includes any listing of any information to a credit reporting repository that could be inaccurate or invalidated.

If your office fails to respond to this validation request within 10 days from the date of your receipt, all references to this account must be deleted and completely removed from my credit file and a copy of such deletion request shall be sent to me immediately.


Thank you,


Certified Mail # 70210350000084051039

## CEASE AND DESIST

Date: 10/09/2021

Jesse Ocegueda (Consumer/Original Creditor)

19502 US Highway 18
Apple Valley, CA 92307

NUVISION Credit Union

PO Box 1220
Huntington Beach CA 92647


Pursuant to 15 USC 1692c(c) I am notifying you in writing that I legally refuse to pay this alleged debt, and I am demanding that you cease ALL forms of communication with me through ANY and ALL mediums unless it pertains to my remedy.

Pursuant to 15 USC 1692c(c)(2)-

I am invoking my specified remedy as a consumer, and the original creditor I am demanding ALL the following:

1. Zero out the balance on this account.
2. Grant me my title lien free
3. Remove any and all reporting from all consumer reporting agencies


Pursuant to 15 USC 1692c(c) I am advising you to cease ALL collection efforts.

**You have been notified upon receipt of this letter.**

Best regards,




I also request ALL the following be sent:

Certified Mail # 70210350000084051039                                             1

1. Name and address of alleged creditor.

2. Name on file of alleged debtor.

3. Alleged Account #

4. Address on file for alleged debtor.

5. Amount of alleged debt.

6. Date (this alleged debt became payable)

7. Date of original charge or delinquency.

8. Was this debt assigned to a debt collector or purchased?

9. Amount paid if debt was purchased.

10. Commission for debt if collection efforts are successful.

Please attach copies of the following:

- Agreement with your client that grants NUVISION Credit Union authority to collect this alleged debt.

- Signed agreement Debtor has made with NUVISION Credit Union, or other verifiable proof Debtor has a contractual obligation to pay Global Processing Service.

- Any agreement that bears the signature of Debtor, wherein agreed to pay Creditor.

- All statements while this account was open.

- Have any insurance claims been made by any creditor regarding this account?

☐ YES

☐ NO

- Have any judgments been obtained by any creditor regarding this account?

☐ YES

☐ NO

Please provide the name and address of the bonding agent for NUVISION Credit Union, in case legal action becomes necessary:

Authorized Signature of Creditor: _____

Date: _____

You must return this completed form along with copies of all requested information, assignments or other transfer agreements, which would establish your right to collect this alleged debt within 10 days from the date of your receipt of this letter.

Your claim cannot and WILL NOT be considered if ANY portion of this form is not completed and returned with copies of ALL requested documents. This is a request for validation made pursuant to the Fair Debt Collection Practices Act.

Please allow 30 days for processing after I receive this information.

Certified Mail # 70210350000084051039                                                             3