Jesse Ocegueda
Jocegueda22@yahoo.com
19502 U.S. Highway 18
Apple Valley, CA 92307
Telephone: (909) 346-7719
Pro Se

Mark K. Worthge, Esq. (SBN 118435)
worthge@litchfieldcavo.com
Alexandria K. Hobson, Esq. (SBN 303320)
hobson@litchfieldcavo.com
LITCHFIELD CAVO LLP
2 North Lake Avenue, Suite 400
Pasadena, California 91101
Telephone:  (626) 683-1100
Facsimile:  (626) 683-1113
Attorneys for Specially Appearing Defendant
NuVision Federal Credit Union

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JESSE OCEGUEDA, <br><br> Plaintiff, <br> v. <br><br> NUVISION FEDERAL CREDIT UNION, <br><br> Defendant. | Case No. 5:21-cv-02049-JWH(SHKx) <br><br> **JOINT STATEMENT REGARDING STATUS OF ARBITRATION** |

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to this Court's ORDER RE: STIPULATION TO PROCEED IN ARBITRATION AND STAY PROCEEDING PENDING COMPLETION OF ARBITRATION dated January 4, 2022 (Dkt #13), the Parties submit this Joint Statement.

The Parties have stipulated to proceed in arbitration conducted by Hon. Suzanne Bruguera at ADR Services, Inc. Plaintiff is preparing his Demand in Arbitration, which is expected to be submitted to ADR Services, Inc. by April 12, 2022. The arbitration

will then proceed according to the schedule set by Judge Bruguera. The Parties will submit a further Joint Statement in ninety (90) days to inform the Court regarding the progress of the arbitration.

Dated: April 4, 2022

*[signature]*

JESSE OCEGUEDA
Pro Se

LITCHFIELD CAVO LLP

*[signature]*

MARK K. WORTHGE
ALEXANDRIA K. HOBSON
*Attorneys for Specially Appearing Defendant*
NUVISION FEDERAL CREDIT UNION

# CERTIFICATE OF SERVICE

*Jesse Ocegueda v. NuVision Federal Credit Union*
*Case No. 5:21-cv-02049-JWH(SHKx)*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Litchfield Cavo LLP, 2 North Lake Avenue, Suite 400, Pasadena, CA 91101.

On **April 4, 2022** I will mail serve the following documents, described as: **JOINT STATEMENT REGARDING STATUS OF ARBITRATION** in the following manner:

Jesse Ocegueda
19502 US Highway 18
Apple Valley, CA 92307
909-346-7719

**U.S. MAIL** - I am readily familiar with the business practice of Litchfield Cavo LLP'S for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, correspondence is deposited with the United States Postal Service that same day with postage pre-paid at Pasadena, California, in the ordinary course of business. Following that practice, I placed the foregoing document(s) for deposit and mailing in the United States Postal Service that same day with postage prepaid, sealed and addressed as set forth above, in the ordinary course of business.

I declare that I am employed in the office of a member of the Bar of California, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **April 4, 2022** at Pasadena, California.

By: /s/ Yvette M. Gutierrez
     Yvette M. Gutierrez