JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE OCEGUEDA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>NUVISION FEDERAL CREDIT UNION,<br><br>　　　Defendant. | Case No. 5:21-cv-02049-JWH-SHK<br><br>**JUDGMENT** |

1  Pursuant to the "Order Regarding Defendant's Motion for Separate Final Judgment [ECF No. 21] and Plaintiff's Motion to Vacate and Remove Stay [ECF No. 22]" entered substantially contemporaneously herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. Defendant NuVision Federal Credit Union shall have **JUDGMENT** in its favor, and against Plaintiff Jesse Ocegueda. Plaintiff Jesse Ocegueda shall take nothing by way of his complaint. This action is **DISMISSED**.

3. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 1, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE